**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Mark F Wilk                                             CHAPTER 13

                    Debtor(s)

                                                  BKY. NO. 23-10789 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PHILADELPHIA FEDERAL CREDIT UNION and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ Michael Farrington
                                        Michael Farrington
                                        27 Mar 2023, 09:31:07, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322