## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Mark F Wilk** | **CHAPTER 13** |
| **Debtor** | |
| **PHILADELPHIA FEDERAL CREDIT UNION** | |
| **Movant** | |
| **vs.** | **NO.** 23-10789 AMC |
| **Mark F Wilk** | |
| **Kenneth E. West, Trustee** | |
| **Respondents** | |

### ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by PHILADELPHIA FEDERAL CREDIT UNION, it is **Ordered** and **Decreed** that confirmation is **denied**.

_____
Bankruptcy Judge