# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                                                                                Chapter 13

MARK F WILK                      Bankruptcy No. 23-10789-AMC

4525 SALMON STREET

PHILADELPHIA, PA 19137-

Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MARK F WILK

    4525 SALMON STREET

    PHILADELPHIA, PA 19137-

**Counsel for debtor(s), by electronic notice only.**
    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 6/6/2023                                                                                               /s/ Kenneth E. West

                                                                                                                          _____
                                                                                                                          Kenneth E. West, Esquire
                                                                                                                          Chapter 13 Standing Trustee