**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **MARK F. WILK** | : | **CHAPTER 13** |
| Debtor | : | HEARING : December 12, 2023– 11:00 AM |
| | : | **No. 23-10789(amc)** |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

AND NOW, this __13th__ day of __December__, 2023, upon consideration of the Motion of Philadelphia Federal Credit Union (**"PFCU"**) pursuant to §§362(d) and (e) for Relief from the Automatic Stay under Section 362(a) of the Bankruptcy Code (the **"Motion"**), and notice and opportunity for hearing thereon, it is hereby

**ORDERED**, that the Motion be, and the same hereby is, granted, and it is further

**ORDERED**, that the Automatic Stay afforded by §362(a) of the Bankruptcy Code be, and hereby is, **MODIFIED** to the extent necessary to permit PFCU to exercise its rights as a secured creditor of the Debtor, as more fully set forth in the Motion, pursuant to the Contract, and applicable non-bankruptcy law, by repossessing (with or without judicial process, as provided by law) the Debtor's 2017 Mazda CX-5 automobile, VIN XXXXX-XXXXX-XXX6429, and it is further

**ORDERED** that the 14-day stay of Rule 4001(a)(3) shall not apply to this order, which shall be effective immediately upon entry.

BY THE COURT:

_____
ASHELY M. CHAN
United States Bankruptcy Judge