United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-10789-amc
Mark F Wilk  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: May 28, 2024   Form ID: 155   Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark F Wilk, 4525 Salmon Street, Philadelphia, PA 19137-2010 |
| 14766103 | + | June Cook, 4559 Edgemont Street, Philadelphia, PA 19137-2001 |
| 14768323 | + | PHILADELPHIA FEDERAL CREDIT UNION, C/O Michael Farrington, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14767938 | + | Philadelphia Federal Credit Union, c/o William J. Levant, Esq, 910 Harvest Drive, PO Box 3037, Blue Bell, PA 19422-0765 |
| 14766159 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14766095 | + | Email/Text: ebn@americanwebloan.com | May 29 2024 03:31:00 | American Web Loan, 3910 W. 6th Avenue, Box 277, Stillwater, OK 74074-1745 |
| 14786903 | | Email/Text: megan.harper@phila.gov | May 29 2024 03:31:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14802530 | | Email/Text: megan.harper@phila.gov | May 29 2024 03:31:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14766097 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2024 03:33:38 | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14766098 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2024 03:33:38 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14766100 | | Email/Text: mrdiscen@discover.com | May 29 2024 03:31:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14766099 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 29 2024 03:33:38 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14766101 | + | Email/Text: bankruptcy@firstelectronic.com | May 29 2024 03:31:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 14766102 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 29 2024 03:31:00 | Jefferson Capital Systems LLC, POBox 7999, Saint Cloud, MN 56302-9617 |
| 14766096 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 29 2024 03:33:31 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14766104 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2024 03:33:35 | LVNV Funding, Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14766105 | + | Email/Text: PHILAW@weltman.com | May 29 2024 03:31:00 | Michael J. Dougherty, Esq., 170 S. Independence Mall West, Suite 874 West, Philadelphia, PA |

Case 23-10789-amc    Doc 55    Filed 05/30/24    Entered 05/31/24 00:37:36    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2024 | Form ID: 155 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19106-3323 |
| 14773631 | | Email/PDF: cbp@omf.com | May 29 2024 03:33:31 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14766106 | + | Email/PDF: cbp@omf.com | May 29 2024 03:33:34 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14766109 | ^ | MEBN | May 29 2024 03:24:23 | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14782990 | + | Email/Text: BKelectronicnotices@cenlar.com | May 29 2024 03:31:00 | PHILADELPHIA FEDERAL CREDIT UNION, c/o Cenlar FSB Attn BK Dept, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14766112 | | Email/Text: CollectionsDept@PFCU.COM | May 29 2024 03:31:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154 |
| 14766107 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 03:31:00 | Pa. Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14766108 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2024 03:33:31 | Paypal Credit Svcs/SYNCB, PO Box 96006, Orlando, FL 32896-0006 |
| 14766644 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2024 03:31:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14766110 | + | Email/Text: CollectionsDept@PFCU.COM | May 29 2024 03:31:00 | Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 14782978 | ^ | MEBN | May 29 2024 03:24:23 | Philadelphia Gas Works, 800 W Montgomery Ave 3F, Philadelphia PA 19122-2898 |
| 14785705 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2024 03:33:38 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 14766113 | + | Email/Text: collections1@primewayfcu.com | May 29 2024 03:31:00 | Primeway Fcu, Attn: Bankruptcy, Po Box 53088, Houston, TX 77052-3088 |
| 14766114 | + | Email/Text: bnc-quantum@quantum3group.com | May 29 2024 03:31:00 | Quantum 3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14766115 | + | Email/Text: bnc-quantum@quantum3group.com | May 29 2024 03:31:00 | Quantum 3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14766636 | | Email/Text: bnc-quantum@quantum3group.com | May 29 2024 03:31:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14766117 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2024 03:33:31 | Syncb/PPC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14766116 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 29 2024 03:33:38 | Syncb/litt, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14766159 | ^ | MEBN | May 29 2024 03:24:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766118 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | May 29 2024 03:31:00 | US Bank Bankruptcy Dept., P.O. Box 108, Saint Louis, MO 63188 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14766119 | | Water Revenue Bureau |
| 14784449 | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14766645 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: May 28, 2024 | Form ID: 155 | Total Noticed: 35

14766111    *+    Philadelphia FCU, Attn: Bankruptcy, 12800 Townsend Rd, Philadelphia, PA 19154-1095

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:**

**Name** | **Email Address**

DAVID M. OFFEN
on behalf of Debtor Mark F Wilk dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
on behalf of Creditor Philadelphia Federal Credit Union bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Philadelphia Federal Credit Union mfarrington@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM J LEVANT
on behalf of Creditor Philadelphia Federal Credit Union efile.wjl@kaplaw.com wlevant@gmail.com

TOTAL: 7

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Mark F Wilk<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 23−10789−amc<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 28, 2024

For The Court

Ashely M. Chan
Judge, United States Bankruptcy Court